**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WHALECO INC.,

              Plaintiff,

   v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

              Defendants.

Case No. 24-cv-09214

**Judge Matthew F. Kennelly**

**Magistrate Judge Young B. Kim**

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A**
**TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY**

In this trademark infringement action brought pursuant to Section 32 of the Lanham Act, 15 U.S.C. § 1114 and Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), Plaintiff seeks entry of an *ex parte* temporary restraining order (i) enjoining Defendants from 1) using the TEMU Marks or any reproductions, counterfeit copies or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any website, applications, or any domain names; 2) engaging in any act of federal, state, or common law trademark infringement or unfair competition that would damage or injure Plaintiff; and 3) encouraging, participating in or assisting in any of the above activities; (ii) requiring the Domain Registries and Registrars or any Content Delivery Networks ("CDN"), such as CloudFlare and CloudFront, as well as any hosting company for the Infringing Websites to 1) disable the Infringing Websites and make them inactive and untransferable; 2) disable the name server information for the Infringing Websites so that they are no longer accessible to Internet users for the pendency of

this litigation; 3) cease providing infringing content and make the Infringing Websites inaccessible to Internet users for the pendency of this litigation; and (iii) ordering expedited discovery. A Memorandum of Law in support of this Motion is submitted herewith.

Date: October 4, 2024

Respectfully submitted,

By: /s/ Abby Neu
Abby Neu ARDC 6327370
Shengmao (Sam) Mu, NY #5707021
Keaton Smith ARDC 6347736
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*